| | |
|---|---|
| 1 | MESERVY LAW, P.C. |
| | LONDON D. MESERVY (SB# 216654) |
| 2 | 1111 Sixth Avenue, Suite 404 |
| | San Diego, CA 92101 |
| 3 | Telephone:  858-779-1276 |
| | Facsimile:    1-866-231-8132 |
| 4 | london@meservylawpc.com |
| 5 | THE LAW OFFICE OF DAVID P. STRAUSS |
| | DAVID P. STRAUSS (SB# 96874) |
| 6 | 1111 Sixth Avenue, Suite 404 |
| | San Diego, CA 92101 |
| 7 | Telephone:  619-237-5300 |
| | Facsimile:    619-237-5311 |
| 8 | ds@dstrausslaw.com |
| 9 | SCHOR & FREELAND LLP |
| | CYNTHIA A. FREELAND (SB# 180276) |
| 10 | 600 B Street, Suite 2200 |
| | San Diego, CA 92101 |
| 11 | Telephone:  619-906-2400 |
| | Facsimile:    619-906-2401 |
| 12 | cindy@schorfreeland.com |
| 13 | Attorneys for Plaintiff Edward De Stefan |
| | and for Class Members and Subclass Members |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DE STEFAN, INDIVIDUALLY, AND ON BEHALF OF OTHER MEMBERS OF THE PUBLIC SIMILARLY SITUTATED, <br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY, INC., ROLLING FRITO-LAY SALES, LP, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.  SA CV10-0112-DOC (MLGx)<br><br>**CLASS ACTION**<br><br>**REPRESENTATIVE ACTION (AS TO THE 7TH CAUSE OF ACTION ONLY)**<br><br>**NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>DATE: MAY 9, 2011<br>TIME: 8:30 A.M.<br>DEPT: 9-D |

PLEASE TAKE NOTICE that EDWARD DE STEFAN respectfully lodges with the Court the following in support of his Motion For Class Certification:

Exhibit A: True and correct copies of the pertinent excerpts from the Deposition of Karen Sheeley [A2 to A214];

Exhibit B: Declaration of Sergio Madrid [B215 to B216];

Exhibit C: Stipulation and Settlement Agreement of Class Action Claims in *Phillip M. Charpentier individually, and on behalf of all others similarly situated v. Frito-Lay, Inc*. Case No. SA CV06-1215 DOC(ANx) [C217 to C254];

Exhibit D: Defendant Frito-Lay, Inc.'s Response to Special Interrogatories (Set Two) [D255 to D277];

Exhibit E: Defendant Rolling Frito-Lay Sales, LP's Response to Special Interrogatories (Set One) [E278 to E299].

Dated: March 28, 2011

        MESERVY LAW, P.C.
        THE LAW OFFICE OF DAVID P. STRAUSS
        SCHOR & FREELAND LLP


        By: /s/ London D. Meservy
            LONDON D. MESERVY (SB# 216654)

        Attorneys for Plaintiff Edward De Stefan
        and for Class Members and Subclass Members