# Exhibit I



# COMMISSION FORMULA & RULES

Total Gross Sales: Less stales, less defects, less returns

x

Commission %

Plus: Base

Less: Guarantee/draw

Equals: Commission Payable

### Example

Total Gross Sales: 26,985.75

x

Commission 2.5%

Plus: Base 250.00

Less: Guarantee/draw 310.00

Equals: Commission Payable 614.64

1. **Comp Rule Code:** Identifies the comp rule that is being used on the route.
2. **Total Sales Due Commission:** Generally the sum of all daily reports
3. **Value %:** Commission rate (percentage)
4. **Total Calculated Commission:** Amounts equals Total Sales Due Commissions multiplied by commission %
5. **Base Pay:** Dollar amount for the base portion of pay. It is used for calculating the Total Earnings amount.
6. **Total Earnings Amount:** Sum of Total Calculated Commission and Base Pay amount
7. **Guarantee/Draw:** Amount is deducted from the Total Earnings amount
8. **Commission Payable:** Base Pay + Commission % - Guarantee/Draw. This is paid two weeks in arrears (Guarantee/Draw is paid current).



D001082

Ex. I 114



# COMMISSION EARNINGS REPORT

FRITO-LAY, INC.  SCHEDULE DATE: 2004-10-2-3  FIELD SALES COMPENSATION
FC2PL914-01                      SALESPERSON EARNINGS REPORT
TIME:04:00:29                    FOR PERIOD 10, WEEK 1, 04
                                 FROM 09/05/04 TO 09/11/04
                                    (PRELIM EARNINGS)

PAGE: 1
RUN DATE: 09/15/04

ZN 2 DIV 1 REG 1 DIST 355 ROUTE 29307 EMPL# XXX-XX-XXXX NAME: SMITH, JOHN     COMP RULE CODE: 0N201
PAY WITH EMPLOYEE #  PAY WITH EMPLOYEE NAME
                     ARCHER, WILLIS E
                     DEANGELIS, ANTHONY
                     ADETUNJI, GBENRO
                     KENNY, BRIAN T

| TIER STRUCTURE | DOLLARS | VALUE% | |
|---|---|---|---|
| LEVEL 1 | 26,985.75 | 0.02500 | 674.64 |
| LEVEL 2 | 0.00 | 0.00000 | 0.00 |
| LEVEL 3 | 0.00 | 0.00000 | 0.00 |
| TOTAL | 26,985.75 | | |
| ***TOTAL CALCULATED COMMISSION: | | | 674.64 |

BASE PAY AMOUNT:                   250.00
TOTAL CALCULATED COMMISSION:       674.64
***TOTAL EARNINGS AMOUNT:          924.64
LESS GUARANTEE/DRAW PAY AMOUNT:    310.00
***TOTAL COMMISSION PAYABLE:       614.64
***TOTAL VACATION PAYABLE:           0.00

DAILY REPORT DOCUMENTS : (NUMBER OF DOCUMENTS USED: 6)

| DOC DATE | DOC NUMBER | FROM EMPLOYEE | DOLLARS | DOC DATE | DOC NUMBER | FROM EMPLOYEE | DOLLARS |
|---|---|---|---|---|---|---|---|
| 09/05/04 | 25828494 | KENNY | 8,883.19 | 09/07/04 | 25828500 | DEANGELIS | 2,538.63 |
| 09/08/04 | 25828508 | DEANGELIS | 2,798.40 | 09/09/04 | 25828513 | KENNY | 5,598.40 |
| 09/10/04 | 25828518 | DEANGELIS | 4,530.38 | 09/11/04 | 25828529 | DEANGELIS | 2,201.15 |

DAILY REPORT DOCUMENTS SUBTOTAL:    26,550.15

CROSS DOCK DOCUMENTS : (NUMBER OF DOCUMENTS USED: 1)
09 07 04   93768157   WAL MART #18302/51 10x1 WM XXL       435.60

CROSS DOCK DOCUMENTS SUBTOTAL :     435.60

ADJUSTED DOCUMENTS : (NUMBER OF DOCUMENTS USED: 0)
     ***** NO DOCUMENTS OF THIS TYPE *****
ADJUSTED DOCUMENTS SUBTOTAL :                         0.00
DAILY REPORT NON-COMMISSIONABLE ADJUSTMENTS SUBTOTAL: 0.00
***TOTAL SALES DUE COMPENSATION:                      26,985.75

D001083

Ex. 1115