# Exhibit J



# ROUTE COMPENSATION

# BASE AND COMMISSION ACCOUNTING

# (BCOM)





D001084

# AGENDA & GOALS



- **Sales-to-Paycheck**
  - Sales Accounting Process
  - Hewitt Process

- **GL Posting**
  - Posting to GL
  - Base JE

- **Process Exceptions**
  - Combo Swings
  - Wk 1 Base JE

- **Performance Drivers**
  - Manual Items
  - Sales Accounting Adjustments
  - Volume/Mix
  - Vacancy

D001085

Ex. J 117



# BASE/COMMISSION (BCOM) CYCLE

D001086

Ex. J118



# SHARED COMPENSATION PROCESS
Sales Accounting & Hewitt share processing of payroll

 



SLS Acctng

**HEWITT (PEOPLE)**

Job Code
Guarantee
Non-Sales Pay Items
 - VROT
 - RE Bonus
 - EDP

D001087

Ex. J 119

# SALES-TO-PAYCHECK



Sales Accounting and Hewitt share the processing of earnings from sales to employee paycheck.



**Sales**





**Base & Commissions**

*put together Earnings Statement*







*Hewitt - adds non sales pay items issues Paycheck*







**Guarantee & other Payroll items**

*add in current guarantee*

**Paycheck**

D001088

Ex. J 120



# SALES-TO-PAYCHECK

Earnings from sales are paid on a 2-week lag after the sales week.



**Sales** — Current Week

**Base & Commissions** — Week after Sales

**Guarantee & other Payroll items**

**Paycheck** — 2 Weeks after Sales

D001089

Ex. J 121

# GUARANTEE & REVERSAL
## <u>REG</u> - Guarantee

  

Guarantee is an **advance** on total earnings. Guarantee is paid in the current week and reversed when BCOM is paid 2 weeks after the sales week.

| 2x2 | 2x3 | 2x4 |
|---|---|---|
| Sales Week | Sls Acctng Process | Payroll Process |
|  |  | + Base 2x2 |
|  |  | + Com 2x2 |
| + Guar 2x2 |  | - (Guar 2x2) |
|  |  | + Guar 2x4 |

If Base + Comm < Guar, guarantee is only recovered to the amount of the BCOM

D001090

Ex. J 122

# GUARANTEE & REVERSAL
## REG - Guarantee





Base/Commission is paid on a 2-week lag from the actual sales week in which it is earned

| SALES TO PAYCHECK CYCLE | | | | | PERIOD 2 | |
|---|---|---|---|---|---|---|
| SALES WEEK | 2X1 | 2X2 | 2X3 | 2X4 | 3X1 | 3X2 |
| GUARANTEE | 2X1 | 2X2 | 2X3 | 2X4 | 3X1 | 3X2 |
| BASE/COMMISSIONS | | | 2X3 | 2X4 | 3X1 | 3X2 |
| GUAR REVERSAL | | | 2X3 | 2X4 | 3X1 | 3X2 |

D001091

Ex. J 123



# BCOM PROCESS FLOW

D001092

Ex. J 124

# ROUTE ASSIGNMENT
## Route Change Notice (RCN)




An **RCN** is submitted to notify Sales Accounting of a change in route assignment, either permanent or for an absence from the assigned route, and to indicate who will run the route during the absence.





## SALES WEEK
Sales are submitted via TCOM to Sales Accounting

**SALES**



### Route Specifics
Sales Week     2x2 (2/4 – 2/10, 2007)
Route #     48380
RSR     Lead

### Sales
Daily Reports     $12,867.10
Cross Docks     $     500.70

**Total Sales**     **$13,367.80**

D001094

| SALES | — | BCOM | — | HEWITT ITEMS | — | GENL LEDGER |

Ex. J 126



# SALES ACCOUNTING PROCESS
## The Comp Rule is applied to calculate earnings

| Comp Rule | A0901 |
|---|---|
| Base | $275.00 |
| Commission | 3% |
| Guarantee | $400.00 |



### Earnings (Processed 2x3, Paid 2x4)

| | |
|---|---|
| Total Sales | $13,367.80 |
| Total Commission (3%) | $   401.03 |
| Base | $   275.00 |
| **Total Earnings** | $   676.03 |
| - Guar paid in 2x2 (**REG**) | ($   400.00) |
| **Net Amount Due** | $   276.03 |
| | |
| **MD** CROSS DOCK | $    15.02 |
| **LL** REGULAR COMM | $   261.01 |
| TTL Commissions | $   276.03 |

D001095

| SALES | — | BCOM | — | HEWITT ITEMS | — | GENL LEDGER |

Ex. J 127



# HEWITT PROCESS

Commissions from Sls Accounting are paid with new guarantee and other payroll items processed by Hewitt

**Commissions and New Guarantee Paid in 2x4**



**Input To Payroll (from Sls Acctng)**
| | |
|---|---|
| **LL** (Comm Payable) | $261.01 |
| **MD** (Cross Dock Comm) | $ 15.02 |
| **Total Comm Payable** | **$276.03** |

**Earnings (Hewitt)**  *how reflected on payck.*

| | |
|---|---|
| **LL-Reg Comm** 2x2 | $261.01 |
| **MD-Cross Dock** 2x2 | $ 15.02 |
| **REG-Reg Earnings** 2x4 (Guar) | $400.00 |

**Paycheck**         **$676.03** *



\* Plus VROT and any other Payroll items

D001096

---

SALES → BCOM → HEWITT ITEMS → GENL LEDGER

Ex. J 128