# Exhibit M

 **Frito·Lay, Inc.**

To: Ed De Stefan

Copies: Kevin Arceneaux
Mike Williams
Human Resources
File

From: Greg La Mar

Date: February 11, 1994

Subject: **WRITTEN WARNING – JOB PERFORMANCE**

---

Company policy states that one of your performance responsibilities, as a route salesperson, is to remove all out-of-code products and manufacturing defects under the guidelines of product management. On February 10, myself and Steve Poe went to visit one of your accounts, Grocery Warehouse. The following items were found <u>stale</u> on the shelf.

```
( 1) $ .99 Reg Bakenets dated 11-15-93
( 3) $ .99 Reg Bakenets dated 1/3/94
(25) $1.99 CRA Doritos dated 1-31-94
(11) $1.99 SAL Doritos dated 1-31-94
(52) $1.99 Nacho Doritos dated 2-7-94
( 4) $1.99 Nacho Doritos dated 1-31-94
( 1) $1.69 Jalapeno Crunch Tator dated 1-31-94
```

Ed, the total amount of your negligence to manage product was $131.95. This clearly is not up to standard. Ed, you must roll product as necessary to control stales. Failure to comply with these guide lines could result in further disciplinary action up to and including termination.

Looking forward to your cooperation.

_Edward De Stefan_      _2/14/94_

(Employees Signature)         (Date)

_[signature]_      _2/14/94_

(Managers Signature)         (Date)

EXHIBIT
6'81.
De Stefa

000272

FL-3389-21

# Exhibit N



**Frito-Lay, Inc.**

| | | | |
|---|---|---|---|
| **To:** | Ed DeStefan | **Copies:** | Kevin Arceneaux |
| | | | Mike Williams |
| | | | Human Resources |
| | | | File |
| **From:** | Greg LaMar | | |
| **Date:** | March 3, 1994 | | |
| **Subject:** | 2ND WRITTEN WARNING – JOB PERFORMANCE | | |



Ed, while on a market tour on March 2, 1994 the following product was found stale in (2) of your markets:

● **ARCO AM/PM (Riverside Drive)** - (19) $1.59 Ruffle Lights dated 2-28-94, (6) .59¢ Rich N Chewy Grandma's Cookies dated 2-28-94, (2) .59¢ Chocolate Chip Cookies.

You had serviced this store on March 1, yet failed to pick up the stales.  Additionally, the large amounts of Ruffle Lights on your display that went stale indicate product mismanagement.

● **Won's Liquor** – (3) .69¢ Mesquite Crunch Tators dated 2-7-94, (2) $1.99 Cool Ranch Doritos dated 2-21-94, (15) .59¢ Peanut Butter Creams dated 2-21-94.

This store received service by you on February 25th, yet again, you neglected picking up the stales.

Ed, on February 11th, we talked about your performance responsibility as a route salesman is to remove all out-of-code products under the guidelines of product management.  We also talked about the importance of rolling product, as necessary, to control stales (2-11-94 Written Warning).  Negligence to manage product again resulted in a $49.83 loss to Frito-Lay, not to mention the amount of consumers lost by purchasing stale product from your accounts.

What I found in your stores Ed, after your previous disciplinary action, would subject you to a final written warning.  However, due to your 6 years of service with Frito-Lay, you will receive a second written warning due to your unsatisfactory job performance.

FL-3369-21

EXHIBIT
7 192
DeStef

000269

Rolling product is a part of you accountability as a
salesman, and must be exercised as necessary to control
stales.  Failure to comply with these guidelines will result
in a final written warning.

Looking forward to your cooperation.

_____          _____
(Employee's Signature)                     3/4/94
                                          (Date)

_____          _____
(Manager's Signature)                      3/4/94
                                          (Date)

000270

2

Ex. N 157

# Exhibit O

DAILY REPORT
LOCATION:  SAN DIEGO MEGA DC
LOCATION TYPE/ #: 03/ 4441

DOCUMENT #:  32643406

PRINT DATE: 21 JAN.2009  21:06:40
ACCT DATE: 21 JAN.2009  21:03:40
ROUTE: 98121
EMPLOYEE: EDWARD DE STEFAN
EMPLOYEE ID: 03140953

FRITO-LAY,
PITTSBURGH, PA 15264-3103

---

| FLEET DATA: | | TRUCK: 95138 |
|---|---|---|
| ACCIDENTS | NONE | |
| ENDING ODOMETER | 53686 | |
| BEGINNING ODOMETER | 53631 | |
| MILES DRIVEN | 55 | |

CASH EXPENSES:
Postage/money order                1.00
''TOTAL EXPENSES              $1.00

---

SUMMARY OF DOCUMENTS CREATED:

SUMMARY OF ORDERS:

| DOC NBR | DAY | | DELIVERY DATE | AMOUNT | CUST NBR |
|---|---|---|---|---|---|
| 32643385 | WED | 06:42:46 | FRI, 23 JAN | 452.71 | 2273278 |
| | SAVE-A-LOT #948  678 JAMACHA RD | | | | |
| 32643387 | WED | 09:31:20 | FRI, 23 JAN | 1587.54 | 141558 |
| | TARGET #997  5500 GROSSMONT CENTER DR | | | | |
| 32643388 | WED | 10:24:56 | THUR, 22 JAN | 593.69 | 698392 |
| | SHINAR PIZZA  340 E BRADLEY AV | | | | |
| 32643389 | WED | 10:39:13 | THUR, 22 JAN | 306.54 | 1334849 |
| | PEPINS VALERO  1791 N SECOND | | | | |
| 32643390 | WED | 10:57:13 | THUR, 22 JAN | 323.42 | 1425913 |
| | LAKESIDE DISCOUNT L1  8909 WINTER GDNS | | | | |
| 32643391 | WED | 11:19:15 | THUR, 22 JAN | 213.41 | 2207665 |
| | SUPER STAR  1090 BRDWAY | | | | |
| 32643392 | WED | 11:22:41 | THUR, 22 JAN | 108.81 | 2079963 |
| | SAFETY STOCK CUSTOMER  4953 PARAMOUNT DRIVE | | | | |
| 32643393 | WED | 11:31:16 | FRI, 23 JAN | 125.38 | 1916503 |
| | SIMON'S 99CNT STORES  1059 BROADWAY | | | | |
| 32643394 | WED | 11:44:50 | FRI, 23 JAN | 302.64 | 606159 |
| | CIRCLE J MARKET  1031 BROADWAY | | | | |
| 32643395 | WED | 12:16:10 | THUR, 22 JAN | 227.57 | 609349 |
| | THRIFTY #9532  700 AVOCADO RD | | | | |
| 32643396 | WED | 12:26:44 | THUR, 22 JAN | 597.21 | 245386 |
| | WASHINGTON MKT 01  121 W WASHINGTON | | | | |
| 32643397 | WED | 12:38:57 | THUR, 22 JAN | 308.87 | 1850752 |
| | MOLLISON MARKET  725 S MOLLISON AV | | | | |
| 32643398 | WED | 12:49:09 | THUR, 22 JAN | 299.27 | 606522 |
| | RANCH LIQUOR  1007 E WAHINGTON | | | | |
| 32643399 | WED | 16:02:43 | FRI, 23 JAN | 187.30 | 400958 |
| | 7-ELEVEN #21634  108 W WASHINGTON | | | | |
| 32643400 | WED | 16:07:56 | FRI, 23 JAN | 161.53 | 2383307 |
| | 7-ELEVEN #34048  1021 WASHINGTON AVE | | | | |
| 32643401 | WED | 18:21:36 | TUE, 27 JAN | 322.64 | 1970504 |
| | WALGREENS 5844  215 N 2ND· ST | | | | |

TOTAL:                                   $6,198.53

---

CHARGE MANIFEST:

| DOC NBR | DAY | | AMOUNT | CUST NBR |
|---|---|---|---|---|
| 32643357 | WED | 17:29:17 | 346.85 | 1970504 |
| | WALGREENS 5844  215 N 2ND ST | | | |
| | DELIVERY DATE: 21 JAN.2009 | | | |
| 32643369 | WED | 07:08:02 | 954.03 | 141558 |
| | TARGET #997  5500 GROSSMONT CENTER DR | | | |
| | DELIVERY DATE: 21 JAN.2009 | | | |

TOTAL:                      $1,300.88

---

CASH MANIFEST:

| DOC NBR | DAY | | AMOUNT | CUST NBR | CHK NBR | AMOUNT |
|---|---|---|---|---|---|---|
| 32643372 | WED | 15:18:04 | 450.18 | 609348 | | |
| | FAIR VALLEY LIQUOR  545 E MAIN | | | | | |
| | DELIVERY DATE: 21 JAN.2009 | | | | | |
| 32643373 | WED | 14:45:41 | 81.99 | 2079963 | | |
| | SAFETY STOCK CUSTOMER  4953 PARAMOUNT DRIVE | | | | | |
| | DELIVERY DATE: 21 JAN.2009 | | | | | |
| 32643374 | WED | 20:53:55 | 273.93 | 606518 | | |
| | MAIN STREET LIQUOR  861 E MAIN ST | | | | | |
| | DELIVERY DATE: 21 JAN.2009 | | | | | |
| 32643375 | WED | 18:38:56 | 308.71 | 1291300 | | |
| | EZ CORNER MARKET  1107 E MAIN | | | | | |
| | DELIVERY DATE: 21 JAN.2009 | | | | | |
| 32643376 | WED | 13:33:49 | 264.72 | 606650 | | |
| | N & K MKT  1183 E MAIN | | | | | |
| | DELIVERY DATE: 21 JAN.2009 | | | | | |



EXHIBIT
9/12
DeStefan
PENGAD 800-631-6989

D 005718

Ex. O 158

```
                        DELIVERY DATE: 21 JAN.2009
          32643374   WED   20:53:55    273.93   606518
                        MAIN STREET LIQUOR  861 E MAIN ST
                        DELIVERY DATE: 21 JAN.2009
          32643375   WED   18:38:56    308.71   1291300
                        EZ CORNER MARKET  1107 E MAIN
                        DELIVERY DATE: 21 JAN.2009
          32643376   WED   13:33:49    264.72   606650
                        N & K MKT  1183 E MAIN
                        DELIVERY DATE: 21 JAN.2009

                     TOTAL:        $1,379.53
```

**MISCELLANEOUS TRANSACTIONS:**

| DOC NBR | DAY | | AMOUNT | DOC DESCRIPTION |
|---|---|---|---|---|
| 32643384 | TUE | 20:32:05 | 5.30 | Book Inventory |
| 32643402 | WED | 20:57:54 | 154.53 | Manifest Refusal (92588789) |
| 32643403 | WED | 21:02:22 | 127.74 | Physical Inventory |
| 32643404 | WED | 21:03:40 | 7.86 | Account Defect |
| 32643405 | WED | 21:03:40 | 9.09 | Account Stale |

**VOIDED DOCUMENTS:**

| DOC NBR | DAY | STATUS | AMOUNT | CUST NBR | DOC DESCRIPTION |
|---|---|---|---|---|---|
| 32643386 | WED | VOID | 1340.13 | 141558 | Prepick Order |

| INVENTORY SALES: | | MANIFEST SALES: | |
|---|---|---|---|
| TOTAL CHARGE SALES | $0.00 | TOTAL CHARGE SALES | $1,300.88 |
| TOTAL CASH SALES | $0.00 | TOTAL CASH SALES | $1,448.10 |
| TOTAL E-CHECK SALES | $0.00 | TOTAL E-CHECK SALES | $0.00 |
| TOTAL CUSTOMER SAMPLES | $0.00 | TOTAL CUSTOMER SAMPLES | $0.00 |
| TOTAL SALES | $0.00 | TOTAL SALES | $2,748.98 |
| | | | |
| TOTAL ROLLS | $0.00 | TOTAL ROLLS | -$25.06 |
| TOTAL ACCT STALES | $0.00 | TOTAL ACCT STALES | -$9.03 |
| TOTAL ACCT MFG DEFECTS | $0.00 | TOTAL ACCT MFG DEFECTS | -$7.87 |
| TOTAL UNSALEABLES | $0.00 | TOTAL UNSALEABLES | -$16.96 |
| TOTAL SALES FROM INV | $0.00 | TOTAL SALES FROM MANIFT | $2,706.96 |

| | |
|---|---|
| TOTAL STORE DOOR SALES | $2,706.96 |
| TOTAL ALLOWANCES | $26.55 |
| TOTAL TAX COLLECTED | $0.00 |
| TOTAL SALES | $2,680.41 |

**ALLOWANCE SUMMARY:**

| | |
|---|---|
| ALLOWANCE ON SALES | $31.26 |
| CUSTOMER SAMPLES | $0.00 |
| CONTRACTUAL DISCOUNTS | $0.00 |
| (LESS) ALLOW ON RETURNS | $4.71 |
| TOTAL ALLOWANCES | $26.55 |

| CASH SUMMARY: | | BALANCE SUMMARY: | |
|---|---|---|---|
| TOTAL CHECKS REC'D | $0.00 | BEGINNING BOOK INV | $5.30 |
| TOTAL CASH REC'D | $1,379.53 | TOTAL SALES FROM INV | -$25.06 |
| (LESS) TOTAL EXP | -$1.00 | ACCT STALES | $0.00 |
| TOTAL CASH DUE | $1,378.53 | ACCT DEFECTS | $0.00 |
| TOTAL CHECKS/CASH DUE | $1,378.53 | PHYS INV VARIANCE | $0.00 |
| TOTAL E-CHECK AMOUNT | $0.00 | TOTAL INV DOC | $0.00 |
| | | CUST MANIFT EFFCT ON INV | $97.38 |
| | | ROUNDING DIFF | $0.00 |
| | | ENDING BOOK INV | $127.74 |

**PERFORMANCE TO PLAN:**

| | | | |
|---|---|---|---|
| WEEKLY SALES PLAN | $11,489.62 | WEEKLY UNSALEABLE PLAN(%) | 0.3 |
| WEEK TO DATE SALES | $5,809.44 | WEEK TO DATE UNSALEABLES(%) | 0.5 |
| VARIANCE TO PLAN | -$5,680.18 | WEEK TO DATE UNSALEABLES | $27.92 |
| SDV PER HOUR | $0 | | |

SIGNATURE:

**UNACKNOWLEDGED CUSTOMER MANIFEST:**

| DOCUMENT NUMBER | CUSTOMER NUMBER | CUSTOMER NAME | DELIVERY DATE | TOTAL UNITS | TOTAL DUE |
|---|---|---|---|---|---|
| 32643347 | 224653 | AMPM #5137 | 20 JAN.2009 | 232 | $190.40 |

VERSION:HH4.PROD.00.38.0015

· · · · · · · · · · · END OF REPORT · · · · · · · · · · · ·

2

D 005719

Ex. O 159